FILED
MAY 25 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.          )<br>)<br>DEANTHONY DEWAYNE COLEMAN )<br>) | CR. NO. 2:05CR125-T<br>[18 USC § 924(c)]<br><br>INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about April 21, 2004, in Montgomery County, in the Middle District of Alabama, the defendant,

DEANTHONY DEWAYNE COLEMAN,

did knowingly use and carry a firearm that is: a Smith and Wesson .22 caliber pistol, serial number F014568; and a High Point .380 caliber pistol, serial number P757799, during and in relation to, and did knowingly possess in furtherance of, a drug trafficking offense, namely: Trafficking in Cocaine; and Trafficking in Marijuana, for which the defendant may be prosecuted in a Court of the United States. All in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Tommie Brown Hardwick
Assistant United States Attorney