**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

- INITIAL APPEARANCE
- BOND HEARING
- DETENTION HEARING
- PRELIMINARY (EXAMINATION) (HEARING)
- REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT

DATE: 07/13/2005

Digital Recording 11:03 to 11:11 am

PRESIDING MAG. JUDGE: Susan Walker      DEPUTY CLERK: sql
CASE NO.: 2:05cr125-T      DEFT. NAME: DeAnthony DEWAYNE Coleman
USA: ~~Hardwick~~ Speirs      DEFT. ATTY: Nostrom
Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO Appt

PTSO: _____
SPO: _____

Defendant _____ does  ✓ does NOT need an interpreter
Interpreter present ✓ NO _____ YES   Name: _____

---

Date of Arrest _____ or ☐ Arrest Rule 40
✓ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
  Deft. First Appearance with Counsel
  Deft. First Appearance without Counsel
  Requests appointed Counsel
  Financial Affidavit executed ☐ to be obtained by PTSO
  ORDER appointing Community Defender Organization
  Panel Attorney Appointed; ☐to be appointed - prepare voucher
  Deft. Advises he will retain counsel. Has retained _____
  ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
    ☐ Government's WRITTEN motion for Detention Hearing filed
  Detention Hearing ☐held; ☐ set for _____ at _____
  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
  ORDER OF DETENTION PENDING TRIAL entered
  Release order entered. Deft advised of conditions of release
  BOND EXECUTED (M/D AL charges) $_____ . Deft released
  BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
  Bond not executed. Deft to remain in Marshal's custody
  Deft. ORDERED REMOVED to originating district
  Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
  Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
✓ ARRAIGNMENT ✓ HELD. Plea of NOT GUILTY entered. ☐Set for _____
  DISCOVERY DISCLOSURE DATE: 7-13-05
  NOTICE to retained Criminal Defense Attorney handed to counsel
  Identity/Removal Hearing set for _____
  Waiver of Speedy Trial Act Rights executed