**COURTROOM DEPUTY'S MINUTES**         DATE: 8/8/05

**MIDDLE DISTRICT OF ALABAMA**         Digital Recording: 11:08 - 11:09

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Delores R. Boyd        **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr125-T        **DEFENDANT(S):** DeAnthony DeWayne Coleman

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | | Jennifer Hart |

☐ **DISCOVERY STATUS:**  SATISFIED

☐ **PENDING MOTION STATUS:**  NONE

☐ **PLEA STATUS:**  Likely Plea

☐ **TRIAL STATUS**  10/12/05 Trial Term
1 Day

☐ **REMARKS:**