IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
☑ *Northern*   ❏ *Southern*   ❏ *Eastern*

## COURTROOM DEPUTY MINUTES

**DATE:** 10/3/2005   **TIME/DIGITAL RECORDING:** *12:41 – 1:04 pm*

**JUDGE:** Delores R. Boyd

**CTRM CLERK:** S. Q. Long, Jr.   **CRT RPTR:** Risa Entrekin

**CASE NO.** 2:05cr125-T   **USA vs.** DeAnthony DeWayne COLEMAN

**DEFT ATTY:** ~~Daniel~~ Hart

☑ FD   ❏ CJA   ❏ Ret   ❏ Waived   ❏ Standing In   ❏ Retain Cnsl Ntc.

**COURT APPOINTS:**   ❏ FD   ❏ CJA   ❏ Deft. to Retain Counsel _____

**SUSA:** Hardwick   **USPO/USPTS:** _____

**Interpreter Needed:** ❏ Yes   ☑ No   Name: _____

**LOCATION:**   ❏ ARREST: _____ ❏ LC   ❏ LO   ❏ LR   ❏ Kars 40

**HEARING**   *Held/Set:*   ❏ IA. *Dft. Advised of Rights*   ❏ DETENTION   ❏ PRLHRG
❏ RULE44HRG   ❏ BOND HRG   ❏ PROB/SUP REL VIOLATOR

❏ ARR   PLEA Entered:   ❏ *Guilty*   ❏ *Not Guilty*
Ptrl Cnf *Set:* _____   Disc DDL *Set:* _____

☑ CHGPLHRG/CONSENT PLEA *Held*   ❏ *Set for:* _____

❏ Written PLEA AGREEMENT *Filed/Executed*   ❏ Oral Agreement

☑ GUILTY PLEA/*Counts:* 1

❏ COUNTS/DISM/GVT_____   ❏ Oral Motion   ❏ At Sentencing

❏ TRIAL *Set For:* _____   SENTENCING *Set for:* _____

**WAIVERS/CONSENT/AFF:**   ❏ FINAFF   ❏ WVRPRLHRG.   ❏ WVRR40hrg
❏ WVINDICTMENT *Executed & Filed* ❏ INFORMATION filed
☑ CONSENT TO PROCEED *Executed*
❏ WAIVER OF SPEEDY TRIAL *Executed.* Set for Trial Term:_____

**MOTIONS:**   ❏ DTNHRG   ❏ *Written*   ❏ *Oral*   /   ❏ *Govt*   ❏ *Deft*
Detention Hearing Set For:_____
❏ Other_____

**ORDERS:**   ❏ BOND *Executed* $ _____
❏ Cont'd Bond Imposed: _____
❏ Conditions of Release. *Defendant advised of conditions.*
❏ Probable Cause. *Defendant bound over to Grand Jury*
❏ Remvldist _____   ❏ Rem Hrg. *Set:*_____
❏ Temporary Detention Pending *Hearing*   ❏ Pending *Trial*
❏ Seal _____
❏ Other _____

**COMMENTS:**

_____