AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

DE ANTHONY DE WAYNE COLEMAN

**NOTICE**

CASE NUMBER: 2:05-cr-00125-T

TYPE OF CASE:
☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING HEARING** before Judge Myron H. Thompson, Courtroom 2E

X **TAKE NOTICE** that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED DATE AND TIME |
|---|---|---|
| Frank M. Johnson U S Courthouse Complex | December 19, 2005 10:00 a.m. | **December 15, 2005 10:00 a.m.** |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

December 1, 2005
DATE

(BY) DEPUTY CLERK