# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   DECEMBER 15, 2005          AT       10:02       A.M./P.M.

DATE COMPLETED   DECEMBER 15, 2005          At       10:35       A.M./P.M.

```
UNITED STATES OF AMERICA            )
                                    )
    v                               )       Cr. No. 2:05cr125-T
                                    )
DEANTHONY DEWAYNE COLEMAN
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Tommie Hardwick | X | Atty Jennifer Hart |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

10:02 a.m.    Court convened; sentencing hearing commenced.
              No written plea agreement; parties orally agree to five-year
              term of imprisonment. If defendant completes his GED while
              incarcerated, the court will reduce the term of supervised
              release from five years to four years. Defendant directed to
              write letters to his children each month and forward copies
              to the PO.  Sentence imposed at five year.
10:20 a.m.    Hearing concluded.