Case Number

| ID | YR | NUMBER |
|---|---|---|

(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

_U.S. District Court_

[Insert appropriate court]

_De'Anthony De'Wayne Coleman #241742_

(Petitioner)

vs.

_Middle District_

(Respondent(s)

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, _De'Anthony De'Wayne Coleman_ , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?     Yes _____     No ✓

 a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

 _____

 _____

 b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

 _____

 _____

2. Have you received within the past twelve months any money from any of the following sources?

 a. Business, profession, or other form of self-employment?

 Yes _____     No ✓

 b. Rent payments, interest, or dividends?

 Yes _____     No ✓

 c. Pensions, annuities, or life insurance payments?

 Yes _____     No ✓

 d. Gifts or inheritances?

 Yes _____     No ✓

 e. Any other sources?

 Yes _____     No ✓

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

3.  Do you own cash, or do you have money in a checking or savings account?

Yes _____                     No ✓

(Include any funds in prison accounts.)

If the answer is "yes", state the total value of the items owned.

_____

_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____                     No ✓

If the answer is "yes", describe the property and state its approximate value.

_____

_____

_____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ____7 - 2 0 — 0 7_____
                        (Date)

_De 'Anthony D. Calman Sr.____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ *12.24* on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said **BULLOCK COUNTY CORR. FACILITY** institution:

_____

_____

7-25-07
DATE

_Patterson_
AUTHORIZED OFFICER OF INSTITUTION

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY

AIS #: 241742      NAME: COLEMAN, DEANTHONY         AS OF: 07/24/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JUL | 7 | $44.44 | $50.00 |
| AUG | 31 | $23.55 | $60.39 |
| SEP | 30 | $8.74 | $0.00 |
| OCT | 31 | $3.64 | $0.00 |
| NOV | 30 | $0.93 | $10.00 |
| DEC | 31 | $14.54 | $120.00 |
| JAN | 31 | $9.59 | $0.00 |
| FEB | 28 | $41.29 | $160.00 |
| MAR | 31 | $6.22 | $0.00 |
| APR | 30 | $0.03 | $0.00 |
| MAY | 31 | $19.59 | $130.00 |
| JUN | 30 | $43.14 | $0.00 |
| JUL | 24 | $56.40 | $100.00 |