IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr125-MHT |
| **DeANTHONY DeWAYNE COLEMAN** | ) | |

### ORDER

It is ORDERED that the government and probation show cause, if any there be, in writing by December 19, 2007, as to why defendant DeAnthony DeWayne Coleman's motion for order nunc pro tunc (Doc. No. 24) should not be granted.

DONE, this the 28th day of November, 2007.

　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson　　
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**