UNITED STATES GOVERNMENT
# MEMORANDUM

| | |
|---|---|
| <u>TO:</u> | The Honorable Myron H. Thompson<br>United States District Judge |
| <u>REPLY TO ATTN OF:</u> | Scott Wright<br>Supervisory U.S. Probation Officer |
| <u>SUBJECT:</u> | DeAnthony DeWayne Coleman<br>2:05CR00125- MHT |
| <u>DATE:</u> | November 28, 2007 |

      The defendant moves that the Court amend his sentence in this case to run concurrently with the state sentence he is presently serving.

      Coleman was sentenced on December 15, 2005, subsequent to entering a plea of guilty to Using/Carrying a Firearm in Relation to a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c).  He was sentenced to the statutory mandatory minimum sentence of five years and the court, as required by law, ordered that the sentence run consecutively with the defendant's sentence in Montgomery County Circuit Court Case No. CC04-1217.  Previously, on April 29, 2005, he was sentenced in the Circuit Court of Montgomery County to 10 years prison for Trafficking Cocaine and Marijuana.  This sentence was later modified on May 27, 2005, to 10 years, split/3 years prison and 3 years probation.  The weapon involved in the federal conviction was possessed during the drug trafficking offense that was prosecuted in state court.

      The statute that Coleman was sentenced under, 18 U.S.C. § 924(c), specifically states, at 18 U.S.C. § 924(c)(1)(D)(ii), that no term of imprisonment imposed on a person under this subsection shall run concurrently with any other term of imprisonment imposed on the person, including any term of imprisonment imposed for the crime of violence or drug trafficking crime during which the firearm was used, carried, or possessed.

      In light of the statutory prohibition of a concurrent sentence, the probation officer recommends that the defendants motion be denied.