IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr125-MHT |
| DeANTHONY DeWAYNE COLEMAN | ) | |

## ORDER

It is ORDERED that defendant DeAnthony DeWayne Coleman's motion for order nunc pro tunc (Doc. No. 24) is denied. Even if the court could order defendant Coleman's sentence to be concurrent, the court, in the exercise of its discretion to determine a fair sentence in light of all appropriate sentencing factors, would decline to do so.

DONE, this the 11th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE